MICHAEL W. LARGE
Deputy District Attorney
Nevada State Bar Number 10119
One South Sierra Street
LINDSAY LIDDELL
Deputy District Attorney
Nevada State Bar Number 14079
Reno, NV 89501
mlarge@da.washoecounty.gov
lliddell@da.washoecounty.gov
(775) 337-5700

ATTORNEYS FOR WASHOE COUNTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

AMBER HOWELL,

    Plaintiff,

vs.

WASHOE COUNTY,
A political subdivision of the State of Nevada,
and DOES I-XX,

    Defendants.

Case No. 3:24-CV-00280-CSD

**STIPULATION AND ORDER TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULE**

**(First Request) (ECF No. 11)**

Pursuant to LR IA 6-1, the parties stipulate to extend the briefing schedule for Defendant's Motion to Dismiss (ECF No. 11). Defendant's primary counsel, Michael Large, is currently out of the country until November 6, 2024. As such, the parties agree that Plaintiffs shall have additional time to oppose the Motion to Dismiss, and Defendants shall have additional time to reply. This is the first stipulation to extend time for the Motion to Dismiss (ECF No. 11) briefing schedule. The stipulated briefing schedule is as follows:

1. Plaintiff's Opposition to the Motion to Dismiss (ECF No. 11) shall be filed no later than November 5, 2024.

//

2. Defendant's Reply to the Motion to Dismiss (ECF No. 11) shall be filed no later than November 14, 2024.

IT IS SO STIPULATED.

Dated: October 15, 2024                    Dated: October 15, 2024

LINDSAY L. LIDDELL                         KENDRA JEPSEN, ESQ.
Deputy District Attorney

 /s/ Lindsay L. Liddell                     /s/ Kendra Jepsen
Attorney for Defendant                     Attorney for Plaintiff

Dated: October 15, 2024

 /s/ Silvia Villanueva
SILVIA VILLANUEVA, ESQ.
Attorney for Plaintiff

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: October 15, 2024