KENDRA J. JEPSEN, Esq.
Nevada State Bar No. 14065
JEPSEN LAW, PLLC
405 Marsh Street
Reno, Nevada 89509
Telephone: (775) 376-7070
Kendra@JepsenLawNV.com
SILVIA U. VILLANUEVA, ESQ.
Nevada State Bar No. 13608
BLACK & WADHAMS
50 W. Liberty Street, Ste. 1100
Reno, Nevada 89501
svillanueva@blackwadhams.law
*Attorneys for Amber Howell*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AMBER HOWELL<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY,<br>a political Subdivision of the<br>State of Nevada, and DOES I-XX<br><br>Defendants. | Case No.: Case No.: 3:24-cv-00280-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR FILING THE SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, AMBER HOWELL (hereinafter "Plaintiff" or "Ms. Howell"), by and through her counsel; Defendant, WASHOE COUNTY (hereinafter "Defendant"), by and through its counsel, (collectively "Parties") hereby stipulate and agree to extend the deadline for Plaintiff to file a Second Amended Complaint until May 7, 2025.  The parties agree to the extension to permit Plaintiff time to respond to Defendants' Motion to Dismiss due to work-related scheduling conflicts for Plaintiff's counsel.

/ / /

/ / /

/ / /

1

This extension is not for purposes of delay but is necessary due to conflicting, time-sensitive deadlines requiring Plaintiff's attention.

DATED this 23rd day of April 2025.

/s/ *Silvia U. Villanueva*
SILVIA U. VILLANUEVA, ESQ.
Nevada State Bar No. 13608
BLACK & WADHAMS
50 W. Liberty Street, Ste. 1100
Reno, Nevada 89501
*Attorneys for Plaintiff, Amber Howell*

DATED this 23rd day of April 2025.

/s/ *Kendra J. Jepsen*
KENDRA J. JEPSEN, Esq.
Nevada State Bar No. 14065
JEPSEN LAW, PLLC
405 Marsh Street
Reno, Nevada 89509
*Attorneys for Plaintiff, Amber Howell*

DATED this 23rd day of April 2025.

/s/ *Michael W. Large*
MICHAEL W. LARGE
Deputy District Attorney
LINDSAY LIDDELL
Deputy District Attorney
One South Sierra Street
Reno, NV 89501
mlarge@da.washoecounty.gov
lliddell@da.washoecounty.gov
(775) 337-5700
ATTORNEYS FOR WASHOE COUNTY

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __April 24, 2025._____

2