MICHAEL W. LARGE
Chief Deputy District Attorney
Nevada State Bar Number 10119
LINDSAY L. LIDDELL
Deputy District Attorney
Nevada State Bar Number 14079
BRANDON R. PRICE
Deputy District Attorney
Nevada State Bar Number 11686
One South Sierra Street
Reno, NV 89501
mlarge@da.washoecounty.gov
lliddell@da.washoecounty.gov
brprice@da.washoecounty.gov
(775) 337-5700

ATTORNEYS FOR DEFENDANT
WASHOE COUNTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

AMBER HOWELL,

    Plaintiff,

vs.

WASHOE COUNTY,
A political subdivision of the State of Nevada,
and DOES I-XX,

    Defendants.
_____/

Case No. 3:24-CV-00280-CSD

ORDER GRANTING
<u>SUBSTITUTION OF COUNSEL FOR
DEFENDANT</u>

    Defendant Washoe County, by and through its counsel, hereby notifies the Court, the Plaintiff, and Plaintiff's counsel, that Deputy District Attorneys Lindsay L. Liddell and Brandon R. Price substitute in as legal counsel in place of Chief Deputy District Attorney Michael W. Large. It is requested that all communications and e-filing notices in this case be directed to Ms. Liddell and Mr. Price at Washoe County District Attorney's Office, One South Sierra Street,

/ / /

Reno, NV 89501; lliddell@da.washoecounty.gov; brprice@da.washoecounty.gov.

Dated this 13th day of May, 2025.

      CHRISTOPHER J. HICKS
      District Attorney

      By    /s/ *Brandon R. Price*
         BRANDON R. PRICE
         Deputy District Attorney
         One South Sierra Street
         Reno, NV  89501
         brprice@da.washoecounty.gov
         (775) 337-5700

      ATTORNEYS FOR WASHOE COUNTY

IT IS SO ORDERED.

DATED:  May 13, 2025.

_____
Craig S. Denney
United States Magistrate Judge