## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | PAGES[1] |
|---|---|---|
| 1 | **SLIP SHEET ONLY – FILED UNDER SEAL** Reno Behavioral Hospital at Bates Howell_00255 | 1 |
| 2 | **SLIP SHEET ONLY – FILED UNDER SEAL** Reno Behavioral Hospital at Bates Howell_00268-00269 | 1 |
| 3 | **SLIP SHEET ONLY – FILED UNDER SEAL** Silver State Counseling at Bates Howell_01035 | 1 |
| 4 | **SLIP SHEET ONLY – FILED UNDER SEAL** Frank D. Lemus, Sr., PhD., MFT at Bates Howell_00271-00279 | 1 |
| 5 | Janice Fung's Evaluation at page 3 | 6 |
| 6 | Janice Fung deposition | 79 |
| 7 | Ryan Gustafson deposition at pages 13:8-11; 49:13-15; 49:18-25; 50:1-14 | 3 |
| 8 | Steve McBride deposition at pages 13:9-11, 17-24; 44:3-45:1 | 3 |
| 9 | Pamela Mann deposition at pages 8:6-15; 44:7-13; 47:2-21; 48:12-20: 49:1-5 | 5 |
| 10 | Kate Thomas deposition at page 69:23-25; 70:1 | 2 |
| 11 | Kate Thomas deposition at page 64:7-9 | 1 |
| 12 | Washoe County's Class Specification for Director of Human Services – HAS Director | 3 |
| 13 | Kate Thomas deposition at page 16:12-25; 17:1-25; 18:1-6 | 3 |
| 14 | Amber Howell's Affidavit | 2 |
| 15 | Kate Thomas deposition at page 22:20-23 | 1 |
| 16 | Kate Thomas deposition at page 23:13-17 | 1 |
| 17 | Kate Thomas deposition at page 36:1-5 | 1 |
| 18 | Kate Thomas deposition at page 37:4-7 | 1 |
| 19 | Ryan Gustafson deposition at page 25:6-25 – 26:6 | 2 |
| 20 | Kate Thomas deposition at page 43:8-16 | 1 |
| 21 | Ryan Gustafson deposition at page 38:1-5 | 1 |
| 22 | Steve McBride deposition at pages 35-36 | 2 |
| 23 | Ryan Gustafson deposition at pages 35-38 | 3 |
| 24 | Kate Thomas deposition at pages 24:13-16; 29; 30:14-19; 31:11-16; 32;35 | 6 |
| 25 | **SLIP SHEET ONLY – FILED UNDER SEAL** Reno Behavioral Hospital at Bates Howell_00265 | 1 |
| 26 | Amber Howell deposition at page 37-38 | 2 |
| 27 | Sandra Ketner, Final Investigative Report | 17 |
| 28 | Patricia Hurley deposition at page 26:18-20 | 1 |
| 29 | Patricia Hurley deposition at page 27:1-4 | 1 |
| 30 | Amber Howell deposition at page 125-126 | 2 |
| 31 | Exhibit 6 and Exhibit 5 from Patricia Huerley's deposition | 4 |

---

[1] Page count does not include tabs or slip sheets.

| 32 | Kate Thomas deposition at page 40:20-23 | 1 |
|----|----------------------------------------|---|
| 33 | Kate Thomas deposition at page 71:9-19 | 1 |
| 34 | Ryan Gustafson deposition at page 16:18-22 | 1 |
| 35 | **SLIP SHEET ONLY – FILED UNDER SEAL** – Reno Tashoe Pain Associates at Bates Howell_01213-Howell_01244 | 1 |
| 36 | **SLIP SHEET ONLY – FILED UNDER SEAL** – Bates Howell_00975 | 1 |
| 37 | **SLIP SHEET ONLY – FILED UNDER SEAL** – Nevada Pain and Spine at Bates Howell_01245-Howell_01274 | 1 |
| 38 | Ryan Gustafson deposition at page 65-67 | 3 |
| 39 | Pamela Mann deposition at page 70-73:3-6 | 4 |
| 40 | Cara Paoli deposition at page 56 | 1 |
| 41 | Pamela Mann deposition at page 131-134 | 4 |
| 42 | Cara Paoli deposition at page 62-63 | 2 |
| 43 | Kate Thomas deposition at page 60-61 | 2 |
| 44 | Kate Thomas deposition at page 62 | 1 |
| 45 | Amber Howell deposition at page 95 | 1 |
| 46 | Amber Howell deposition at page 137-138 | 2 |
| 47 | July 13, 2023, Notice of Proposed Action at Bates WC0166 | 1 |
| 48 | July 18, 2023, Email to County at Bates WC1255-WC1256, WC2825 | 3 |
| 49 | Kate Thomas deposition at page 38 | 1 |
| 50 | Patricia Hurley deposition at page 36:14-16 | 1 |