**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AMBER HOWELL,

    Plaintiff

v.

WASHOE COUNTY,

    Defendant

Case No.: 3:24-cv-00280-CSD

**Order**

Re: ECF Nos. 49-63, 66-100

Local Rule 26-7 provides that deposition notices must not be filed with the court until they are used in the proceeding, unless the court orders otherwise. LR 26-7.

Plaintiff has filed with the court a number of deposition notices, along with declarations regarding service of the notices. (ECF Nos. 49-63, 66-100.)

The Clerk shall **STRIKE** these documents (ECF Nos. 49-63, 66-100) from the docket. In the future, Plaintiff shall refrain from filing with the court deposition notices or other discovery papers before they are being used in the proceeding. LR 26-7; Fed. R. Civ. P. 5(d)(1)(A).

**IT IS SO ORDERED**.

Dated: February 25, 2026

_____
Craig S. Denney
United States Magistrate Judge