**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AMBER HOWELL,

    Plaintiff

v.

WASHOE COUNTY,

    Defendant

Case No.: 3:24-cv-00280-CSD

**Order**

Re: ECF No. 112

Before the court is Plaintiff's motion to exceed the page limits for her response to Defendant Washoe County's motion for summary judgment. (ECF No. 112.) Washoe County filed a response. (ECF No. 116.) Plaintiff has filed her response to Washoe County's motion for summary judgment, which exceeds the 30-page limit for a response to a motion for summary judgment by 10 pages. (ECF No. 121.) For the reasons set forth below, Plaintiff's motion is denied.

**I. DISCUSSION**

Motions for summary judgment and responses to motions for summary judgment are limited to 30 pages, exclusive of exhibits. LR 7-3(a). "The court looks with disfavor on motions to exceed page limits, so permission to do so will not be routinely granted." *Id*. A motion seeking leave to file a brief that exceeds the page limits must be supported by a showing of good cause, and the oversized brief must include a table of contents and table of authorities. LR 7-3(c).

Plaintiff's motion asserts that Washoe County's motion raises multiple claims that must be addressed using detailed, complex facts, and the motion requires greater attention, and will require an opposition of up to 40 pages. (ECF No. 112.)

A general statement that a motion will require greater attention to address detailed and complex facts is insufficient to establish good cause to justify granting a motion to exceed the 30-page limit for a response to a motion for summary judgment, let alone to exceed the 30-page limit by 10 pages.

The court does not find that the facts in this case or Washoe County's motion for summary judgment are unduly complex such that a response of 40 pages in length is justified. Moreover, Plaintiff's response did not comply with the directive of Local Rule 7-3 that an oversized brief contain a table of contents and authorities.

**CONCLUSION**

Plaintiff's motion to exceed the page limits for her response to Washoe County's motion for summary judgment (ECF No. 112) is **DENIED**. The Clerk shall **STRIKE** Plaintiff's response to Washoe County's motion for summary judgment at ECF No. 121. Plaintiff has up to and including **March 11, 2026**, to file a response to Washoe County's motion for summary judgment that complies with the 30-page limit. Washoe County has until **March 25, 2026**, to file its reply brief.

**IT IS SO ORDERED**.

Dated: February 25, 2026

_____
Craig S. Denney
United States Magistrate Judge

2