# EXHIBIT 5

EXHIBIT 5

# CERTIFICATE OF CUSTODIAN OF RECORDS

STATE OF NEVADA ) Case No.: 3:24-CV-00280-CSD
: ss.
COUNTY OF Washoe ) Dept. No.:

NOW COMES Janice Fung (name of custodian of records), who after first being duly sworn deposes and says:

1. That the deponent is the counselor (position or title) of Self employed (name of employer) and in his or her capacity as counselor owner (position or title) is a custodian of the records of Janice Fung (name of employer).

2. That Janice Fung (name of employer) is licensed to do business as a Janice Fung in the State of Nevada.

3. That on the 18 day of the month of April, 2025, the deponent was served with a subpoena in connection with the above-entitled cause, calling for the production of records pertaining to Amber Howell

4. That the deponent has examined the original of those records and has made or caused to be made a true and exact copy of them and that the reproduction of them attached hereto is true and complete.

5. That the original of those records was made at or near the time of the act, event, condition, opinion or diagnosis recited therein by or from information transmitted by a person with knowledge, in the course of a regularly conducted activity of the deponent or Janice Fung (name of employer).

Executed on: 4/18/2025 (Date) [signature] (Signature of Custodian of Records)

**SUBSCRIBED AND SWORN** to before me this 18 day of April, 2025.

**NOTARY PUBLIC** in and for the County of Washoe, State of Nevada.

ANGIE MEDINA
Notary Public, State of Nevada
Appointment No. 24-4361-02
My Appt. Expires Jan 2, 2029

EXHIBIT 2 Fung
depobook.com

JEPSEN LAW, PLLC
405 Marsh Avenue
Reno, NV 89509
Phone: (775) 376-7070

# Janice Fung, MA

**Licensed Alcohol and Drug Counselor #631-L**

3500 Lakeside Court, Suite 101, Reno Nevada 89509

Telephone Number: 775-786-6880, Cell: 775-771-9261 Fax: 775-786-6899

Email: jagcarry@sbcglobal.net


## Substance Abuse Evaluation

**Name:** Amber Leigh Howell

**Date of Birth:** July 17, 1977

**Address:** 6651 Diamond Wing Court, Sparks Nevada 89436

**Telephone Number:** 775-313-3240

**Dates of Evaluation:** April 12, 2023 (zoom); April 14, 2023 (in person), April 21, 2023 (in person); April 28, 2023 (Amber canceled at 2:37 pm for her 2:30 appointment); May 12, 2023 (in person).

**Date Report Written:** May 30, 2023

**Identifying Information:** Amber Leigh Howell is a 45-year-old White female. Patricia Hurley, director of the Washoe County Department of Human Resources referred Amber to me for an alcohol and drug evaluation. The referral followed unusual behavior that Amber displayed during a public meeting. I viewed the video of that meeting and observed some strange behaviors. Amber said for that meeting, she was sitting on a couch in her home. She said her children were home. She said she was experiencing spotty internet connection. She said she was wearing Invisalign braces.

Amber said she is on paid administrative leave until further notice. She said she is feeling humiliated, targeted, and worried.

Prior to the assessment, the confidentiality regulations (42 CFR Part 2) pertaining to people who receive alcohol and drug assessment/treatment services were explained and Amber gave her written authorization for the release of this report to the Washoe County Department of Human Resources.

**Social:** Amber said she was born and raised in Reno, Nevada. She said her biological parents raised her and said they are still married. She said they live in Reno. She said her mother does not have substance abuse or gambling issues. She said her mother has mental health issues (anxiety, depression, and agoraphobia). Amber referred to her father as, "a functioning alcoholic" and said when he is not working, he is drinking. She said he does not have mental health or gambling issues.

This notice accompanies a disclosure of information concerning a client in alcohol and drug abuse treatment, made to you with the consent of such client. This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making further disclosures of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

Amber said she has two older brothers (7 years older); she said they are twins. She said one brother has an active addiction and mental health and gambling issues. She said he lives in Reno and said she looks after him. She said her other brother is "great." Amber said growing up, her parents yelled a lot, but did not hit each other. She denied any type of childhood emotional, physical, or sexual abuse.

Amber said she has been married once. She said she and her husband Steve (age 52) have been married since 2008. She said he does not have substance abuse, mental health, or gambling issues. She said there has been no domestic violence in their relationship. She described Steve as, "jolly fun to be around, a hard worker, a good dad, a good husband." Amber said she has a 20-year-old stepson, a 13-year-old son and a 9-year-old son. She said her 20-year-old is going to medical school on a full ride scholarship. She said her 13-year-old has been diagnosed with attention deficit hyperactivity disorder; she said a couple of times per month, he has bad days and said she receives calls from his school. She said her youngest son is doing great.

Amber said for the past seven years, she, her husband and their two youngest children have lived at the address listed above. She said they are current on their mortgage. She said she has never been homeless.

**Education:** Amber said she attended one high school and said in 1995, she graduated from Sparks High School. She said in 2000, she earned a BS in psychology from the University of Nevada, Reno. She said she has taken graduate classes at the University of Massachusetts, Boston.

**Employment:** Amber said for the past nine years, she has been the director of the Washoe County Human Services Agency. She said this is an appointed position. She said her performance evaluations have all been satisfactory or above. She said since the start of this evaluation, an investigation related to her performance has begun. She said she has four division directors and said, "They're the smartest people I know." Her other career accomplishments include administrator of the Division of Child and Family Services. She said she has never served in the military.

**Medical:** Amber said she is 5 feet 6 inches tall and 178 pounds. She said she has had no recent changes to her weight.

Amber said she has anxiety, high blood pressure, and endometriosis. She said for the past five years, she has been experiencing sleep issues. No inpatient psychiatric hospitalizations; suicide attempts; or non-suicidal/self-harm behaviors such as cutting or burning were reported. Amber has experienced trauma. She said when she was 18 years old, her boyfriend shot himself; she said she found him. She said at the age of 30, she had a gynecological procedure at 15 weeks of pregnancy. She said at the age of 35, her home was burglarized. Amber said for the past nine years, as director of the Human Services Agency, she has reviewed every child death, injury, or sexual abuse in Washoe County. On the days of her evaluation, she expressed no desire to hurt herself or others.

This notice accompanies a disclosure of information concerning a client in alcohol and drug abuse treatment, made to you with the consent of such client. This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making further disclosures of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

Amber said her conditions are being treated by one physician and said she only uses one pharmacy. No alcohol or drug related injuries were reported. She said she has never had a head injury. She said she is not pregnant.

Amber said for exercise, she walks around her neighborhood a couple times per week. She said two years ago, she started vaping and said she vapes a couple times per week. She does not abuse caffeine. No eating disorders were reported. She said typically, she eats two meals per day (breakfast and dinner).

Amber said she has health insurance through her employer and through her husband's employer.

**Alcohol and Drugs:** Amber said when she was 12 years old, she had her first drink of alcohol with some girlfriends at a sleepover. She said she has never been a daily drinker. She said she may drink two times per week. She did not report any patterns of high-risk drinking. She said she does not drink to get drunk and does not end up drunk every time she drinks. She said she has experienced hangovers but never tolerance, blackouts, or drinking alcohol to avoid a hangover. She said she has vomited from drinking and said this was during her college days. She said she has never gotten into a physical altercation or argument while drinking. She said she has never tried to cut back on her drinking because it has never been a problem. She said no one has ever commented on her drinking. She said she has never felt guilty about her drinking. She said she has never had a drink first thing in the morning. She said her last drink was a week ago when she had two glasses of wine at a restaurant. Amber said in high school, she tried marijuana, but said it made her paranoid. She said her last use of a THC product was two years ago when she tried a gummy. She said in college, she tried mushrooms twice. No other drugs were reported. Amber said she has never used drugs intravenously and has never used a prescription medication to get high.

Amber said she has never been to any type of substance abuse treatment and said she has never attended a 12-step meeting.

On April 13, 2023, Amber took a drug test and the results were negative.

**Legal:** Amber said she has never been in trouble with the law.

**Impressions and Recommendations:** Based upon the information presented, Amber does not meet the criteria specified in the DSM-5 (Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition) for a substance use disorder. The results of the Substance Abuse Subtle Screening Inventory-4 (SASSI-4) indicated a low probability of having a substance use disorder.

It appears that Amber is experiencing professional and personal stress and may be at risk for developing a substance use disorder, so the following is recommended.

1. Individual counseling one hour per week for 6 to 12 months. Termination of her treatment should be at the recommendation of her treating counselor.

This notice accompanies a disclosure of information concerning a client in alcohol and drug abuse treatment, made to you with the consent of such client. This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making further disclosures of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

2. Amber will be responsible for submitting her treatment attendance to her employer once a month.
3. Random alcohol and drug testing once per month for 6 to 12 months.
4. Reasonable suspicion testing based upon her behavior and odor.
5. Amber should work from the office and be physically present, not on Zoom, for her meetings.
6. Increased frequency of supervision.

/s/ *Janice Fung*

______________________________

Janice Fung, MA, LADC

This notice accompanies a disclosure of information concerning a client in alcohol and drug abuse treatment, made to you with the consent of such client. This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making further disclosures of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

# Janice Fung, MA

**Licensed Alcohol and Drug Counselor #631-L**

3500 Lakeside Court, Suite 101, Reno Nevada 89509

Telephone Number: 775-786-6880, Cell: 775-771-9261 Fax: 775-786-6899

Email: jagcarry@sbcglobal.net


Invoice # Howell52023

Date of Invoice: May 30, 2023

Service: Substance Abuse Evaluation

Dates of Service: April 12, 2023 (zoom); April 14, 2023 (in person), April 21, 2023 (in person); April 28, 2023 (Amber canceled at 2:37 pm for her 2:30 appointment); May 12, 2023 (in person).

Cost: $1,500.00

Client Name: Amber Leigh Howell

Invoice Submitted by Janice Fung, MA, LADC: */S/ Janice Fung*

---

This notice accompanies a disclosure of information concerning a client in alcohol and drug abuse treatment, made to you with the consent of such client. This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making further disclosures of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.