# EXHIBIT 12

EXHIBIT 12

# EXHIBIT 6

EXHIBIT
6
HURLEY

[redacted]

**From:** Hurley, Patricia
**Sent:** Monday, June 5, 2023 2:15 PM
**To:** Gustafson, Ryan
**Cc:** McPalmer, Lorna P.
**Subject:** RE: Confidential HR Matter - Email Request from you

Also, I have a request regarding the County car. Can you please help with the following:

- Any records of when Amber had access to a county car (she said it was 4 years ago and approved by Kevin Schiller)

Logs or anything that show when she used County vehicles may be helpful. Thanks, Patricia

**Patricia Hurley**
**Director | Department of Human Resources**
phurley@washoecounty.gov| Office: 775.328.2087 | Fax: 775.328.6119
1001 E. Ninth St., Bldg. A, Reno, NV 89512
Office Hours: Monday-Thursday | 8:00am-5:00pm

**From:** Gustafson, Ryan <RGustafson@washoecounty.gov>
**Sent:** Monday, June 5, 2023 2:13 PM
**To:** Hurley, Patricia <PHurley@washoecounty.gov>
**Cc:** McPalmer, Lorna P. <LMcPalmer@washoecounty.gov>
**Subject:** RE: Confidential HR Matter - Email Request from you

Yes, let me look

**From:** Hurley, Patricia <PHurley@washoecounty.gov>
**Sent:** Monday, June 5, 2023 2:08 PM
**To:** Gustafson, Ryan <RGustafson@washoecounty.gov>
**Cc:** McPalmer, Lorna P. <LMcPalmer@washoecounty.gov>
**Subject:** Confidential HR Matter - Email Request from you

Ryan,

During your interview with Ketner, it was stated that Amber would have you send emails regarding Amber's positive performance. Can you provide me with any emails you have sent, specifically the request from investigator is:

- Any emails from Ryan Gustafson to Kate Thomas or County Manager Brown reporting Amber Howell's positive performance

Again, please treat confidentiality. Please let me know if you have any questions. Thanks, Patricia

# EXHIBIT 5

EXHIBIT
tabbies
5
HURLEY

**Sent:** Monday, May 22, 2023 12:29 PM
**To:** Hurley, Patricia <PHurley@washoecounty.gov>
**Cc:** McPalmer, Lorna P. <LMcPalmer@washoecounty.gov>
**Subject:** RE: HSA Investigation

[**NOTICE:** This message originated outside of Washoe County -- **DO NOT CLICK** on **links** or open **attachments** unless you are sure the content is safe.]

Yes – I'll revise.

Sandra Ketner
*Of Counsel*
**SIMONS HALL JOHNSTON PC**
690 Sierra Rose Drive | Reno, NV 89511
T: 775.785.0088 | F: 775.785.0087
C: 530-386-0798
sketner@shjnevada.com

**PERSONAL AND CONFIDENTIAL:** The information contained in this message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you believe you have received this e-mail message in error, please email the sender at sketner@shjnevada.com.

**From:** Hurley, Patricia <PHurley@washoecounty.gov>
**Sent:** Monday, May 22, 2023 11:46 AM
**To:** Sandra C. Ketner <sketner@shjnevada.com>
**Cc:** McPalmer, Lorna P. <LMcPalmer@washoecounty.gov>
**Subject:** RE: HSA Investigation

Hi Sandy,

Thank you for allowing me time to review. Is it possible to add a little more detail like: add a date or date range for each allegation and a possible description about what she is alleged to have done.

For example: On or about DATE, you are alleged to have violated Washoe County Code of Conduct requiring honesty, respect, fairness and courtesy when you were untruthful with an employee or your supervisor. I do not have details like you do or I would put them in.

I know it is not customary but will be helpful since she has retained an attorney. Please let me know if you have any questions. Thanks, Patricia

**Patricia Hurley**
**Director | Department of Human Resources**
phurley@washoecounty.gov | Office: 775.328.2087 | Fax: 775.328.6119
1001 E. Ninth St., Bldg. A, Reno, NV 89512