# EXHIBIT 34

EXHIBIT 34

process?
A I think the County did enter into kind of a process by putting her through a fitness-for-duty evaluation and letting a substance-abuse counselor tell us whether she has any substance-abuse issues. 11:51AM
Q You mentioned that the County received reports that Amber was having difficulty speaking clearly and slurring her words, or I think you said -- the term you used was "repeating herself."
A Correct. 11:51AM
Q Did the County ever consider engaging in the interactive process with Amber after learning of such reports?
A Again, we entered into the fitness-for-duty evaluation because it was surrounding the possibility 11:51AM that she was under the influence of something.
Q Did the County ever consider accommodations for Amber?
MR. PRICE: Objection, vague and ambiguous.
THE WITNESS: I wasn't aware that Amber had any 11:52AM medical-type condition. What we were trying to do was determine whether Amber had any substance-abuse issues.
BY MS. VILLANUEVA:
Q Could the County have initiated an accommodation or interactive process with Amber after learning of those 11:52AM