BRANDON PRICE
Deputy District Attorney
Nevada Bar Number 11686
LINDSAY LIDDELL
Deputy District Attorney
Nevada Bar Number. 14079
One S. Sierra Street
Reno, NV 89501
brprice@da.washoecounty.gov
lliddell@da.washoecounty.gov
(775) 337-5700
ATTORNEYS FOR DEFENDANT
WASHOE COUNTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

AMBER HOWELL,

Plaintiff,

vs.

WASHOE COUNTY,
A political subdivision of the State of Nevada,
and DOES I-XX,

Defendants.

/

Case No. 3:24-cv-00280-CSD

**STIPULATION AND PROPOSED ORDER TO SCHEDULE SETTLEMENT CONFERENCE**

---

Plaintiff Amber Howell and Defendant Washoe County (the "parties"), pursuant to Local Rule IA 6-2 and LR 16-5, hereby file this stipulation to refer this matter to a Magistrate Judge for the purpose of participating in a settlement conference. The parties stipulate and agree as follows:

1. Plaintiff Amber Howell filed this employment discrimination suit against Washoe County alleging that she was subject to discrimination and retaliation because of her disabilities. Plaintiff asserted the following claims against the County: (1) disability discrimination by failing to accommodate her disabilities in violation of the Americans with Disabilities Act ("ADA"), (2) violation of the ADA because she was subject to a medical exam ; (3) retaliation in violation of

the ADA because Howell hired legal counsel; (4) disability discrimination in violation of the ADA and/or Section 504 of the Rehabilitation Act; and (5) disability discrimination in violation of Nevada law (NRS 613.330). ECF No. 40.

2. Washoe County filed a motion for summary judgment and Plaintiff filed a motion for partial summary judgment. On August 7, 2026 the Court entered an order granting in part and denying in part Washoe County's motion for summary judgment, and denied Plaintiff's motion for partial summary judgment. ECF No. 134.

3. On August 13, 2026, counsel for the parties conferred and discussed participating in a settlement conference prior to this case proceeding to trial. The parties agreed a settlement conference may be beneficial to the parties to attempt to resolve this matter and avoid further costs of litigation.

4. The parties stipulate and agree to participate in a settlement conference in this matter before a Magistrate Judge of the United States District Court for District of Nevada who is not presiding over this case at a date and time scheduled by the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

5. In the event settlement is not reached, the parties also stipulate that their obligation to file their joint pretrial order is stayed until 30 days after the settlement conference.

Dated: August 17, 2026

By: */s/ Brandon Price*
LINDSAY LIDDELL
Deputy District Attorney
BRANDON PRICE
Deputy District Attorney
One South Sierra Street
Reno, NV 89501
*Attorneys for Defendant Washoe County*

Dated: August 17, 2026

By: */s/ Silvia U. Villanueva*
SILVIA U. VILLANUEVA, ESQ.
SILVER STATE LAW, LLC
61 Continental Drive
Reno, NV 89509
*Attorneys for Plaintiff Amber Howell*

Dated: August 17, 2026

By: /s/ *Kendra J. Jepsen*
KENDRA J. JEPSEN, ESQ.
JEPSEN LAW, PLLC
405 Marsh Street
Reno, NV 89509
*Attorneys for Plaintiff Amber Howell*

IT IS SO ORDERED. The Court will issue a separate order scheduling the settlement conference.

Craig S. Denney
United States Magistrate Judge

DATED: August 18, 2026