KENDRA J. JEPSEN, ESQ.
Nevada State Bar No. 14065
JEPSEN LAW, PLLC
1855 Plumas Street, Suite 1
Reno, Nevada 89509
Telephone: (775) 376-7070
kendra@jepsenlawnv.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMBER HOWELL<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY,<br>A political Subdivision of the State of Nevada, and DOES I-XX<br><br>Defendants. | Case No.: 3:24-cv-00280-CSD<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that effective immediately, KENDRA J. JEPSEN ESQ., of JEPSEN LAW, PLLC, has relocated her office to the following address:

1855 Plumas Street, Suite 1
Reno, Nevada 89509

The phone number and fax number remain the same. Please update the Court's records and all applicable service lists to reflect this change of address.

DATED this 6th day of October, 2026.

By: /s/ *Kendra J. Jepsen*
KENDRA J. JEPSEN, Esq.
Nevada State Bar No. 14065
JEPSEN LAW, PLLC
1855 Plumas St., Suite 1
Reno, Nevada 89509

JEPSEN LAW, PLLC
405 Marsh Avenue
Reno, NV 89509
Phone: (775) 376-7070

**JEPSEN LAW, PLLC**
405 Marsh Avenue
Reno, NV 89509
Phone: (775) 376-7070

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of JEPSEN LAW, PLLC, that I am over the age of 18 and not a party to the above-referenced matter, and that on the date below I filed and served **NOTICE OF CHANGE OF ADDRESS** by the method(s) indicated below:

■ **BY NOTICE OF ELECTRONIC FILING**: through Electronic Case Filing System of the United States District Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

Brandon Price, Esq.
brprice@da.washoecounty.gov
Lindsay Liddell, Esq.
lliddell@da.washoecounty.gov

☐ **BY HAND DELIVERY VIA COURIER**: by causing hand delivery of the Document listed above via _______ to the persons at the addresses set forth below:

☐ **BY EMAIL:** by sending the Document to the following email addresses:

☐ **BY MAIL**: by placing the Document listed above in a sealed envelope with postage thereon fully prepaid in the United States Mail at Reno, Nevada, and addressed as set forth below. I am readily familiar with my office's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on December 15, 2025 with postage thereon fully prepaid in the ordinary course of business, addressed to:

DATED this 6th day of October, 2026.

*/s/ Carla Bankhead*
Employee of Jepsen Law, PLLC